UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONALD AND MARY MOREAUX, Individually and on Behalf of all Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>LINCOLN EDUCATIONAL SERVICES CORP., DAVID F. CARNEY, SHAUN E. McALMONT and CESAR RIBEIRO,<br><br>　　　　　　　　　Defendants | 2:10-cv-04160-SRC-MAS |
| ROBERT LYATHAUD, Individually and on Behalf of all Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>LINCOLN EDUCATIONAL SERVICES CORP., DAVID F. CARNEY, SHAUN E. McALMONT and CESAR RIBEIRO,<br><br>　　　　　　　　　Defendants | 2:10-cv-04926-SDW-MCA |

RICHARD ARONS' NOTICE OF
MOTION TO CONSOLIDATE CASES, BE APPOINTED
<u>AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD COUNSEL</u>

33317v1

PLEASE TAKE NOTICE that class member Richard Arons ("Movant") hereby moves this Court pursuant to Fed. R. Civ. P. 42(a), the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, at the United States District Court for the Western District of Pennsylvania, located at Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ, 07101, on November 15, 2010, for an Order: (a) consolidating the related actions; (b) appointing Movant to serve as lead plaintiff; and (c) approving Movant's selection of lead counsel for the class.

In support of his motion, Movant submits: (a) the Declaration of Joseph R. Seidman, Jr., dated October 15, 2010, and annexed exhibits; (b) a Memorandum of Law, dated October 15, 2010; and (c) a Proposed Order granting Movant's motion for consolidation of related cases, appointment as lead plaintiff and approval of his selection of lead counsel for the Class.

Dated: New York, New York
October 15, 2010

**JAN MEYER & ASSOCIATES, P.C.**

/s/
_____
Jan Meyer
Solomon Rubin
1029 Teaneck Road, 2nd Floor
Teaneck, NJ  07666

**BERNSTEIN LIEBHARD LLP**
U. Seth Ottensoser
Joseph R. Seidman, Jr.
10 East 40th Street - 22nd Floor
New York, New York, 10016
(212) 779-1414

33317v1

33317v1

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served upon the following counsel of record in the action filed in this Court by ECF on October 15, 2010:

SAMUEL L. DAVIS
DAVIS, SAPERSTEIN & SALOMON, PC
375 CEDAR LANE
TEANECK, NJ 07666

/s/
_____
JOSEPH R. SEIDMAN, JR.

33317v1