**CLOSED**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| IN RE LINCOLN EDUCATIONAL SERVICES CORP. SECURITIES LITIGATION | : | **Civil Action No. 10-4160 (SRC)** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : | **ORDER** |

**CHESLER**, District Judge

This matter having come before the Court on Defendants' motion to dismiss the Consolidated Amended Class Action Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) [docket entry 24]; and Lead Plaintiff Richard Arons having opposed the motion; and the Court having considered the papers filed by the parties; and the Court having decided to rule on the motion without oral argument pursuant to Federal Rule of Civil Procedure 78 ; and for the reasons expressed in the Opinion filed herewith; and good cause shown,

**IT IS** on this 6th day of September, 2011,

**ORDERED** that Defendants' motion to dismiss the Consolidated Amended Class Action Complaint [docket entry 24] be and hereby is **GRANTED**; and it is further

**ORDERED** that the Consolidated Amended Class Action Complaint be and hereby is **DISMISSED** pursuant to Federal Rule of Civil Procedure 12(b)(6).

s/ Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge